UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:02CR63 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER TO DESTROY EVIDENCE** |
| | ) | |
| DAVID CLARENCE WARD | ) | |

**THIS MATTER** is before the Court upon the Government's motion for destruction of evidence. No response has been filed by the Defendant.

For the reasons stated in the Government's motion and it appearing that the time period for all appeals have expired, the Court finds that the firearm, specifically a Smith & Wesson Model 10 .38 caliber Special Revolver, S/N D861478, and now in the possession of the Federal Bureau of Investigation, should be destroyed in accordance with the usual procedure for the destruction of such evidence.

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is **GRANTED**, and the Court directs the above-described firearm be destroyed in accordance with the usual procedures for the destruction of such evidence.

Signed: October 3, 2007

Lacy H. Thornburg
United States District Judge